UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
AT OWENSBORO

| | |
|---|---|
| APRIL NEVITT and JUSTIN NEVITT, *on behalf of themselves and all others similarly situated,*     )<br>)<br>)<br>)<br>      Plaintiffs,     )<br>)<br>v.     )<br>)<br>)<br>CARHARTT, INC.     )<br>)<br>      Defendant.     ) | Civil Action No. 4:18cv-00126-JHM<br>JUDGE JOSEPH H. MCKINLEY, JR. |

**ORDER OF DISMISSAL WITH PREJUDICE**

Plaintiffs April Nevitt and Defendant Carhartt, Inc., having jointly stipulated that this case be dismissed with prejudice as to Plaintiffs' April Nevitt's and Justin Nevitt's individual claims against Defendant Carhartt, Inc. as evidenced by the signatures of counsel for the parties, and the court being sufficiently advised:

IT IS THEREFORE ORDERED that Plaintiffs April Nevitt's and Justin Nevitt's individual claims against Defendant Carhartt, Inc., in this action are DISMISSED WITH PREJUDICE, with each party to bear its own costs, expenses, and attorney's fees except as otherwise agreed.

*Joseph H. McKinley*

Joseph H. McKinley Jr., District Judge
United States District Court

April 15, 2019

HAVE SEEN AND APPROVED:

| | |
|---|---|
| **Law Office of Mark N. Foster, PLLC** | **DICKINSON WRIGHT PLLC** |
| /s/ Mark N. Foster<br>P.O. Box 869<br>Madisonville, KY  42431<br>(270) 213-1303<br>MFoster@MarkNFoster.com | /s/ David A. Owen<br>David A. Owen (Bar No. 82150)<br>300 West Vine Street, Suite 1700<br>Lexington, Kentucky 40507<br>Tel: (859) 899-8700<br>Fax: (844) 670-6009<br>E-mail: dowen@dickinsonwright.com |
| **COUNSEL FOR PLAINTIFFS** | Morris Reid Estes, Jr.<br>424 Church Street, Suite 800<br>Nashville, TN  37219<br>Telephone: (615) 244-6538<br>Fax: (844) 670-6009<br>E-mail: restes@dickinsonwright.com |
| | **COUNSEL FOR CARHARTT, INC.** |

NASHVILLE 8503-646 682475v1